

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-15-00203-CV

---

J.H., APPELLANT

V.

C.H., APPELLEE

---

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-549526-14, Honorable Jerome S. Hennigan, Presiding

---

July 28, 2015

## ON MOTION TO DISMISS

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

On July 15, 2015, appellant, J.H., filed a Motion to Dismiss Appeal. No decision of this Court having been delivered to date and without passing on the merits of the appeal, the Court grants the motion. *See* TEX. R. APP. P. 42.1(a)(1). The appeal is dismissed. While appellant requests that costs be assessed against the party incurring them, there is no indication in the motion that such an arrangement has been agreed to by the parties. As such, costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d). If dismissal will prevent appellee from seeking relief to which he would

otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.


                                    Mackey K. Hancock
                                         Justice